**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HAMPTON & HARRISON LLC, | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:21-cv-898 |
| | § | |
| SENTINEL INSURANCE | § | |
| COMPANY LTD, | § | |
|    *Defendant* | § | |

---

## LIST OF ALL PARTIES AND COUNSEL OF RECORD
---

1. Hampton & Harrison LLC (Plaintiff)

    Represented by:

    David M. Anderson
    State Bar No. 24064815
    anderson@ccatriallaw.com
    Stephen P. Carrigan
    scarrigan@ccatriallaw.com
    State Bar No. 03877000
    Carrigan & Anderson, PLLC
    101 N. Shoreline Blvd., Suite 420
    Corpus Christi, Texas 78401
    (361) 884-4433 (Office)
    (361) 884-4434 (Facsimile)

2. Sentinel Insurance Company (Defendant)

    Represented by:

    ATTORNEY-IN CHARGE:
    Martin R. Sadler
    Texas Bar No.: 00788842
    Federal ID No. 18230
    Sadler@litchfieldcavo.com

OF COUNSEL:
E. R. Hamilton
Texas Bar No.: 24068685
Federal ID No.: 1322622
HamiltonE@litchfieldcavo.com

LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

        Respectfully submitted,

        */s/ Martin* R. Sadler
        Martin R. Sadler
        Texas Bar No.: 00788842
        Federal ID No. 18230
        Sadler@litchfieldcavo.com
        LITCHFIELD CAVO LLP
        One Riverway, Suite 1000
        Houston, Texas 77058
        Telephone:  (713) 418-2000
        Facsimile:  (713) 418-2001

        ATTOERNEY-IN-CHARGE
        SENTINEL INSURANCE COMPANY

OF COUNSEL:

E. R. Hamilton
Texas Bar No.: 24068685
Federal ID No.: 1322622
HamiltonE@litchfieldcavo.com
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77058
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

## **CERTIFICATE OF SERVICE**

This is to certify that on this, the 19th day of April 2021, a true and correct copy of the foregoing document was served on all known counsel of record by electronic transmission, pursuant to the Federal Rules of Civil Procedure and applicable Local Rules, as follows:

Carrigan & Anderson, PLLC
David M. Anderson
anderson@ccatriallaw.com
Stephen P. Carrigan
scarrigan@ccatriallaw.com
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas 78401
(361) 884-4434 (Fax)

                                                       *//s// Martin* R. Sadler *//s//*
                                                       Martin R. Sadler