IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAMPTON & HARRISON LLC, | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:21-cv-898 |
| | § | |
| SENTINEL INSURANCE | § | |
| COMPANY LTD, | § | |
|    *Defendant* | § | |

___

**INDEX OF MATTERS BEING FILED**
___

1. Notice of Removal;

2. Copy of documents from the State Court's file;

    a. Plaintiff's Original Petition with Request for Disclosure; and

    b. Citation.

3. List of all Parties and Counsel of Record; and

4. Notice of Removal to State Court.

                        Respectfully submitted,

                        */s/ Martin* R. Sadler
                        Martin R. Sadler
                        Texas Bar No.: 00788842
                        Federal ID No. 18230
                        Sadler@litchfieldcavo.com
                        LITCHFIELD CAVO LLP
                        One Riverway, Suite 1000
                        Houston, Texas 77058
                        Telephone:  (713) 418-2000
                        Facsimile:  (713) 418-2001

                        ATTORNEYS FOR DEFENDANT
                        SENTINEL INSURANCE COMPANY

OF COUNSEL:

E. R. Hamilton
Texas Bar No.: 24068685
Federal ID No.: 1322622
HamiltonE@litchfieldcavo.com
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77058
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

## **CERTIFICATE OF SERVICE**

This is to certify that on this, the 19th day of April 2021, a true and correct copy of the foregoing document was served on all known counsel of record by electronic transmission, pursuant to the Federal Rules of Civil Procedure and applicable Local Rules, as follows:

David M. Anderson
anderson@ccatriallaw.com
Stephen P. Carrigan
scarrigan@ccatriallaw.com
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas 78401
(361) 884-4434 (Fax)

>*//s// Martin R. Sadler //s//*
>Martin R. Sadler