Form 205

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $200

**Articles of Organization Pursuant to Article 1528n, Texas Limited Liability Company Act**

Filed in the Office of the
Secretary of State of Texas
Filing #: 800424885 12/13/2004
Document #: 77032260002
Image Generated Electronically
for Web Filing

## Article 1 - Name

The name of the limited liability company is as set forth below:

HAMPTON & HARRISON LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for the "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office (Select and complete either A or B and complete C)

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
BEN   DAVIS

C. The business address of the registered agent and the registered office address is:

Street Address:
2001 BEACH STREET SUITE 626   FORT WORTH  TX  76103

## Article 3 - Management (Complete items A or B)

☑ A. The limited liability company is to be managed by managers.

OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the initial members are set forth below:

Manager 1:
BEN   DAVIS                                                Title: Manager

Street Address:
2001 BEACH STREET SUITE 626   FORT WORTH  TX, USA  76103

## Article 4 - Duration

The period of duration is perpetual.

## Article 5 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized.

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

**The name and address of the organizer is set forth below.**

AL PUGH          2001 BEACH STREET SUITE 626 FORT WORTH TX 76103

## Effective Date of Filing

☒ A. This document will become effective when the document is filed by the secretary of state.

**OR**

☐ B. This document will become effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

## Name Reservation Document Number

## EXECUTION

The undersigned organizer signs these articles of organization subject to the penalties imposed by law for the submission of a false or fraudulent document.

AL PUGH

**Signature of Organizer**

**FILING OFFICE COPY**

| | | |
|---|---|---|
| **Form 424**<br>(Revised 05/11)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br><br>**Certificate of Amendment** | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>Secretary of State of Texas<br>MAY 22 2015<br>**Corporations Section** |

## Entity Information

The name of the filing entity is:

**Hampton & Harrison, LLC**

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation            ☐ Professional Corporation

☐ Nonprofit Corporation             ☐ Professional Limited Liability Company

☐ Cooperative Association           ☐ Professional Association

☒ Limited Liability Company         ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: **800424885**

The date of formation of the entity is: **12/13/04**

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

_____

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

RECEIVED
APR 30 2015
Secretary of State

Form 424                                    6

RECEIVED
MAY 22 2015
Secretary of State

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

_____
First Name           M.I.        Last Name              Suffix

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

13800 FM 2331     Godley      TX  76044
Street Address (No P.O. Box)    City          State   Zip Code

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☒ **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

Kila Davis     Manager/Member
13800 FM 2331
Godley, TX 76044

☒ **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

Ben Davis     Manager/Member
13800 FM 2331
Godley, TX 76044

☐ **Delete** each of the provisions identified below from the certificate of formation.

### Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                    7

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 4/23/15

By: _____
Signature of authorized person

Ben Davis, JR
Printed or typed name of authorized person (see instructions)

Form 424                                                     8