# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 18th Judicial District Court, Johnson County, Texas | DC-C202100137 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff, Hampton & Harrison | David Anderson; 101 N. Shoreline, Corpus Christi, TX |
   |  | Carrigan & Anderson; Bar No. 24064815 |
   | Defendant, Sentinel Insurance Company Ltd. | Martin R. Sadler; One Riverway, Ste. 1000, Houston, TX |
   |  | Litchfield Cavo; Bar No. 00788842 |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ☑ Yes     ☐ No

   If "*Yes,*" by which party and on what date?

   Plaintiff, Hampton & Harrison                     3/24/2021
   Party                                             Date

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes   ☑ No

   If "*Yes*," by which party and on what date?

   _____     _____
   Party                                                          Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | none | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | none | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Hampton and Harrison | Plaintiff asserts a claim for breach of contract and extra- contractual liability on a claim for insurance proceeds to two commercial buildings located in Godley, Texas (Johnson County) allegedly resulting from a hail wind storm on 4/29/20. Plaintiff seeks damages from $250,000 to $1,000,000.00 |
   | Defendant Sentinel Insurance Company, Ltd. | Defendant maintains the claim was adjusted fairly in a timely manner, payments made of the claims adequately compensated Plaintiff for covered damage, and it has mad a good faith attempt to settle the remaining disputed claims. |